McGREGOR W. SCOTT
United States Attorney
CATHERINE SWANN
Assistant U.S. Attorney
501 "I" Street, Suite 10-100
Sacramento, CA 95814
(916) 554-2762

Of Counsel:

JEFF MOULTON
Regional Attorney
RACHEL BIRKEY
Attorney
Office of General Counsel
United States Department of Agriculture
33 New Montgomery Street
San Francisco, CA 94105-4511
(415) 744-0129

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA ) | 1:07-CV-01300 LJO DLB |
|---|---|
| Plaintiff, ) | |
| ) | |
| v. ) | STIPULATION TO CONTINUE HEARING ON |
| ) | UNITED STATES' MOTION TO COMPEL |
| CITY AND COUNTY OF SAN ) | |
| FRANCISCO, HETCH HETCHY ) | |
| WATER AND POWER, ) | |
| ) | |
| Defendant. ) | |

   Plaintiff, the United States of America and Defendant City and County of San Francisco, Hetch Hetchy Water and Power, by and through their respective counsel of record, hereby stipulate as follows:

   1.   This stipulation is executed by all parties who have appeared in and are affected by this action;

///

1

1      2.    The parties need time to meet and confer on this discovery dispute and now stipulate to continue the hearing date on UNITED STATES' MOTION TO COMPEL from November 21, 2008, to January 16, 2009.

    3.    The parties further agree counsel will meet and confer by conference call on January 6, 2009, at 10:00 a.m.

Respectfully submitted,

**FOR PLAINTIFF**

Dated: November 17, 2008    McGREGOR W. SCOTT
United States Attorney


By:/s/ Catherine Swann
CATHERINE J. SWANN
Assistant U.S. Attorney
Attorneys for Plaintiff
The United States

**FOR DEFENDANT**:

Dated: November 17, 2008    DENNIS J. HERRERA
City Attorney
JOANNE HOEPER
Chief Trial Deputy


By: /s/ Mark Lipton
MARK LIPTON
Deputy City Attorney
Attorneys for Defendant City and
County of San Francisco
(original signature retained by counsel)

IT IS SO ORDERED.

Dated:  **November 18, 2008**    /s/ **Dennis L. Beck**
UNITED STATES MAGISTRATE JUDGE