DENNIS J. HERRERA, State Bar #139669
City Attorney
JOANNE HOEPER, State Bar #114961
Chief Trial Attorney
MARK D. LIPTON, State Bar #152864
Deputy City Attorney
Fox Plaza
1390 Market Street, Sixth Floor
San Francisco, California 94102-5408
Telephone:     (415) 554-4218
Facsimile:      (415) 554-3837
E-Mail:          mark.lipton@sfgov.org

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>    vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, HETCH HETCHY WATER AND POWER,<br><br>         Defendant. | Case No. I:07-cv-01300-LJO/DLB<br><br>**THIRD STIPULATION TO EXTEND SCHEDULING ORDER DATES**<br><br><br><br>Trial Date:               February 16, 2010 |
|---|---|

    Plaintiff, the United States of America and Defendant City and County of San Francisco, Hetch Hetchy Water and Power, by and through their respective counsel of record, hereby stipulate as follows:

    1.    This stipulation is executed by all parties who have appeared in and are affected by this action.

    2.    On August 26, 2008, the parties filed a stipulation and order to extend scheduling order dates by 120 – 130 days (Document 14), which the Court signed on August 29, 2008.

    3.    On October 30, 2008 the parties filed a second stipulation and order to extend scheduling order dates by 60 days (Document 19), which the Court signed on that same date.

4.     At the time the parties filed the second stipulation, the City underestimated the amount of time and effort necessary to comply with plaintiff's numerous and extensive discovery requests. Since that time, the City and its counsel have made efforts to further comply with the outstanding discovery.  The parties have had multiple meet and confer conferences regarding a wide variety of discovery issues, some of which are the subject of plaintiff's pending motion to compel.  Because the parties appear to have made substantial progress regarding these discovery matters, they have agreed to extend that hearing from January 16, 2009 to a date on or about March 6, 2009 subject to the Court's calendar (the agreement regarding the motion to compel will be memorialized in a separate stipulation).

5.     The City has also agreed to file amended discovery responses and, toward that end, is in the process of obtaining additional responsive documents from the Public Utilities Commission and its subcontractors.  Given the large number of discovery requests in dispute, as well as the number and type of documents that are potentially responsive to those requests, the parties will require additional time for discovery, motions, and future settlement discussions.  Specifically, plaintiff's experts cannot complete their investigation and analysis without information that has not yet been provided by the defendant.  Also, the parties have agreed to return to mediation sometime in 2009.

6.     Accordingly, the parties now jointly ask this Court to extend dates set in the Scheduling Conference Order as stated below.

|  | CURRENT DATE | NEW DATE REQUESTED |
|---|---|---|
| Expert Disclosure: | March 20, 2009 | July 20, 2009 |
| Supplemental Expert Disclosure: | April 17, 2009 | August 17, 2009 |
| Nonexpert Discovery Cutoff: | April 17, 2009 | August 17, 2009 |
| Expert Discovery Cutoff: | June 19, 2009 | October 19, 2009 |
| Pretrial Motion Filing Deadline: | September 18, 2009 | January 19, 2010 |
| Pretrial Motion Hearing Deadline: | November 4, 2009 | March 4, 2010 |
| Settlement Conference | None set | none set |

///

|   | CURRENT DATE | NEW DATE REQUESTED |
|---|---|---|
| Pretrial Conference: | December 10, 2009 | April 5, 2010 |
| Trial Date: | February 16, 2010 | May 17, 2010 |

Respectfully submitted,

**FOR PLAINTIFF:**
Dated:  January 13, 2009

LAWRENCE G. BROWN
Acting United States Attorney


By:  /s/ Catherine Swann
CATHERINE J. SWANN
Assistant U.S. Attorney
Attorneys for Plaintiff
The United States
(original signature retained by counsel)

**FOR DEFENDANT:**
Dated:  January 13, 2009

DENNIS J. HERRERA
City Attorney
JOANNE HOEPER
Chief Trial Deputy


By:  /s/ MARK D. LIPTON
Deputy City Attorney
Attorneys for Defendant
City and County of San Francisco

**ORDER**

Based on this stipulation and good cause having been shown,

IT IS HEREBY ORDERED that the current Scheduling Order dates are continued, as follows:

|   | CURRENT DATE | NEW DATE |
|---|---|---|
| Expert Disclosure: | March 20, 2009 | July 20, 2009 |
| Supplemental Expert Disclosure: | April 17, 2009 | August 17, 2009 |
| Nonexpert Discovery Cutoff: | April 17, 2009 | August 17, 2009 |
| Expert Discovery Cutoff: | June 19, 2009 | October 19, 2009 |

|   | CURRENT DATE | NEW DATE |
|---|---|---|
| Pretrial Motion Filing Deadline: | September 18, 2009 | January 19, 2010 |
| Pretrial Motion Hearing Deadline: | November 4, 2009 | March 4, 2010 |
| Settlement Conference | None set | none set |
| Pretrial Conference: | December 10, 2009 | April 5, 2010 |
| Trial Date: | February 16, 2010 | May 17, 2010 |

Dated:   16 January 2008

　　　　　　　　　　　　　　　　　/s/ *Dennis L. Beck*
　　　　　　　　　　　　　　　　THE HONORABLE Dennis L. Beck
　　　　　　　　　　　　　　　　United States Magistrate Judge