IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO , et al.,<br><br>Defendants. | 1:07cv01300 LJO DLB<br><br>ORDER GRANTING STIPULATION<br>TO CONTINUE MOTION TO COMPEL<br><br>(Document 26)<br><br>Hearing: March 6, 2009, 9:00 a.m. |

On January 14, 2009, the parties filed a stipulation to continue Plaintiff's motion to compel from January 16, 2009, to March 6, 2009. The stipulation is GRANTED and Plaintiff's motion shall be heard on March 6, 2009, at 9:00 a.m.

IT IS SO ORDERED.

Dated:   **March 2, 2009**             **/s/ Dennis L. Beck**
                                       UNITED STATES MAGISTRATE JUDGE

1