LAWRENCE G. BROWN
Acting United States Attorney
CATHERINE SWANN
Assistant U.S. Attorney
E. ROBERT WRIGHT
Assistant U.S. Attorney
501 "I" Street, Suite 10-100
Sacramento, CA 95814
(916) 554-2762

Of Counsel:

JEFF MOULTON
Regional Attorney
RACHEL BIRKEY
Attorney
Office of General Counsel
United States Department of Agriculture
33 New Montgomery Street
San Francisco, CA 94105-4511
Telephone:  (415) 744-3011

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, Plaintiff, v. CITY AND COUNTY OF SAN FRANCISCO, HETCH HETCHY WATER AND POWER, Defendant. | 1:07 CV 01300 LJO DLB<br><br>UNITED STATES' STATUS REPORT RE SETTLEMENT AND REQUEST TO EXTEND SCHEDULING ORDER DATES<br><br>Trial Date: May 17, 2010 |
|---|---|

    Plaintiff the United States submits this Status Report pursuant to the Court's May 6, 2009, Minute Order.

///

1

1   The parties reached verbal settlement on April 13, 2009.[1]  Agreement on behalf of the United States has been authorized through the Acting U.S. Attorney for this district and Regional Counsel for the Forest Service, but must be approved by the United States Associate Attorney General and Secretary of the Department of Agriculture.

Counsel for the United States forwarded a draft agreement on April 23.  Counsel for Defendant City and County of San Francisco, Hetch Hetchy Water and Power ("Hetch Hetchy") provided comments on May 26.   The United States' counsel responded with item-by-item written responses on May 28, then the parties discussed certain terms by phone on June 3.  Counsel for the United States forwarded a revised draft on June 5.

Once the Settlement Agreement is fully executed, counsel for the United States can obtain final authorization from the United States Associate Attorney General.  We anticipate this process will take a minimum of approximately 30 to 90 days.  Hetch Hetchy must also seek approval from the PUC Commission and the Board of Supervisors.  Further, counsel for Hetch Hetchy has estimated payment following approval will take approximately 60 to 90 days.

Accordingly, the undersigned asked counsel for Hetch Hetchy to stipulate to continue the current Scheduling Order dates for approximately 120 days.  Counsel responded "yes" to the e-mail requesting this stipulation.  See e-mail requesting and response, attached hereto as Exhibit A.  However, counsel for Hetch Hetchy was apparently not available to sign the stipulation, as he did not respond to the undersigned's e-mail sent today at 12:15 p.m. forwarding a draft stipulation.

Based on the good cause explained above and counsel for Hetch Hetchy's e-mail response agreeing to a 120-day extension, the United States asks the Court to extend the current Scheduling Order dates as follows:

///
///
///

---

[1] All dates herein are in 2009, unless otherwise noted.

| | CURRENT DATE | NEW DATE REQUESTED |
|---|---|---|
| Expert Disclosure: | July 20, 2009 | November 20, 2009 |
| Supplemental Expert Disclosure: | August 17, 2009 | December 17, 2009 |
| Non-expert Discovery Cutoff: | August 17, 2009 | December 17, 2009 |
| Expert Discovery Cutoff: | October 19, 2009 | February 19, 2010 |
| Pretrial Motion Filing Deadline: | January 19, 2010 | May 21, 2010 |
| Pretrial Motion Hearing Deadline: | March 4, 2010 | July 9, 2010 |
| Settlement Conference | None set | |
| Pretrial Conference: | April 1, 2010 | August 2010, or at the Court's Convenience |
| Trial Date: | May 17, 2010 | September 2010, or at the Courts convenience |

Respectfully submitted,

Dated: June 8, 2009

LAWRENCE G. BROWN
Acting United States Attorney


By:/s/ Catherine Swann
CATHERINE SWANN
Assistant U.S. Attorney
Attorneys for Plaintiff
The United States

///
///
///
///
///
///
///

3

# ORDER

Based on this stipulation and good cause having been shown,

IT IS HEREBY ORDERED that the current Scheduling Order dates are continued, as follows:

|  | CURRENT DATE | NEW DATE REQUESTED |
|---|---|---|
| Expert Disclosure: | July 20, 2009 | November 20, 2009 |
| Supplemental Expert Disclosure: | August 17, 2009 | December 17, 2009 |
| Non-expert Discovery Cutoff: | August 17, 2009 | December 17, 2009 |
| Expert Discovery Cutoff: | October 19, 2009 | February 19, 2010 |
| Pretrial Motion Filing Deadline: | January 19, 2010 | May 21, 2010 |
| Pretrial Motion Hearing Deadline: | March 4, 2010 | July 9, 2010 |
| Settlement Conference | None set |  |
| Pretrial Conference: | April 1, 2010 | August 11, 2010 |
| Trial Date: | May 17, 2010 | September 20, 2010 |

The parties shall file with the Court no later than September 10, 2009 a status report on the status of their settlement and when this case may be dismissed.

1
2
3  IT IS SO ORDERED.
4  **Dated:     June 10, 2009**                    **/s/ Lawrence J. O'Neill**
                                                    UNITED STATES DISTRICT JUDGE
5