1

2

3

4

5

6

7

8              **IN THE UNITED STATES DISTRICT COURT**

9           **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11   UNITED STATES OF AMERICA,              CASE NO. CV F 07-1300 LJO DLB

12                      Plaintiff,          **ORDER TO DISMISS AND TO CLOSE ACTION**

13        vs.                               (Doc. 42.)

14   CITY AND COUNTY OF
     SAN FRANCISCO, HETCH
15   HETCHY WATER AND POWER,

16                      Defendant.
                                      /
17

18        Based on the parties' stipulation for dismissal under F.R.Civ.P. 41(a)(1)(A)(ii), this Court:

19        1.      DISMISSES this entire action with prejudice;

20        2.      VACATES all pending matters, including the August 11, 2010 pretrial conference and

21        September 20, 2010 trial; and

22        3.      DIRECTS the clerk to close this action.

23

24        IT IS SO ORDERED.

25   **Dated:    December 22, 2009**              **/s/ Lawrence J. O'Neill**
                                             UNITED STATES DISTRICT JUDGE
26

27

28

1